**Order entered December 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00735-CR
No. 05-15-00748-CR
No. 05-15-00749-CR

**VANESA AGUILAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-51857-K, F13-51858-K, F13-51859-K**

## ORDER

The reporter's record filed in this appeal does not contain State's Exhibit no. 1, the video admitted during the hearing on the motion to suppress evidence. We also note that the record in cause no. 05-15-00735-CR (trial court no. F13-51857-K) does not contain the trial court's certification of appellant's right to appeal.

Accordingly, we **ORDER** the trial court to prepare and file, within **FIFTEEN DAYS** of the date of this order, a certification of appellant's right to appeal for cause no. 05-15-00735-CR (trial court no. F13-51857-K) that accurately reflects the trial court proceedings. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **ORDER** court reporter Karren Jones to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing the video admitted as State's Exhibit no. 1 during the suppression hearing.

We **DIRECT** the Clerk to send copies of this order to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; Karren Jones, official court reporter, Auxiliary Court, and to counsel for all parties.


/s/     ADA BROWN
             JUSTICE